UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| ANDREW J. TUTEIN, Individually and on Behalf of All Other Persons Similarly Situated, | ECF CASE |
| Plaintiff, | No.: 1:12-CV-1847 (KAM) (RER) |
| v. | |
| ESTEEMED PATROL INC., RUDOLPH R. CAPUTO JR., ABC CORPORATIONS #1-10, and JOHN DOES #1-10, Jointly and Severally, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES
AND REIMBURSMENT OF EXPENSES

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, the June 24, 2015 Declaration of Douglas B. Lipsky (Dkt. No. 123), and the June 15, 2015 Declaration of Jason A. Dekdebrun of third-party claims administrator Class Action Administration, Inc. (Dkt. No. 124), Plaintiff respectfully requests the Court enter an Order awarding $93,333.33 (*i.e.*, one-third of the Gross Settlement Sum) as attorneys' fees and $3,189.41 in reimbursable expenses to Class Counsel.

Dated: New York, New York
June 24, 2015

BRONSON LIPSKY LLP

By: s/ Douglas B. Lipsky
Douglas Lipsky (DL-9372)
630 Third Avenue, Fifth Floor
New York, New York 10017-6705
Phone:  212.392.4772
dl@bronsonlipsky.com

*Attorneys for Plaintiff and the
Class Members*